# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-61123-CIV-ZLOCH/SNOW

Plaintiff:
DAVID J. CANCIENNE, on his own behalf and on behalf of all other similarly situated,

vs.

Defendant:
DRAIN MASTER OF SOUTH FLORIDA, INC., a Florida corporation; MICHAEL MILLER and PETER GURECKIS,

For:
Matthew N. Thibaut, Esquire
BOOSE CASEY CIKLIN LUBITZ et al.,
515 North Flagler Dr
19th Floor
West Palm Beach, FL 33402

Received by TENACIOUS RESEARCH & PROCESS on the 22nd day of July, 2008 at 9:00 am to be served on MICHAEL J. MILLER, 2535 NE 15TH STREET, POMPANO BEACH, FL 33062.

I, Venus Albert, being duly sworn, depose and say that on the **28th** day of July, 2008 at 5:10 pm, I:

**Individually Served** the within named person with a true copy of this **SUMMONS IN A CIVIL CASE & COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Description** of Person Served: Age 40s, Sex: M, Race/Skin Color: WHITE, Height 6'00", Weight 250, Hair BLONDE, Glasses: U

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.

Regina Dillard
Commission # DD508038
Expires January 17, 2010

Subscribed and Sworn to before me on the 28th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Venus Albert
299

TENACIOUS RESEARCH & PROCESS
P.O. Box 210443
Royal Palm Beach, FL 33421
(561) 798-5518

Our Job Serial Number: 2008014091

